MEMORANDUM OPINION

No. 04-06-00496-CV

Gary M. POENISCH,

Appellant

v.

Kathleen SMITH, Jeff Baker, Evelyn M. Smith, and Carole O. Kotz ,

Appellees

From the 73rd Judicial District Court, Bexar County, Texas

Trial Court No. 2006-CI-00456

Honorable David A. Berchelmann, Jr. , Judge Presiding




PER CURIAM



Sitting: Karen Angelini , Justice

 Sandee Bryan Marion , Justice

 Phylis J. Speedlin , Justice



Delivered and Filed: September 27, 2006



SET ASIDE AND REMANDED

 The parties have filed a joint motion pursuant to Texas Rule of Appellate Procedure 42.1(a), asking that we remand this
cause to the trial court for entry of a judgment in accordance with the parties' settlement agreement. We grant the motion,
set aside the judgment of the trial court without regard to the merits, and remand the cause to the trial court for rendition of
a judgment in accordance with the agreements. See Tex. R. App. P. 42.1(a)(2)(B). Costs of appeal are taxed against the
party incurring same. See id. 42.1(d).



 PER CURIAM